# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-3854

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Western District of Missouri. |
| Richard Perales, | * | |
| | * | [UNPUBLISHED] |
| Appellant. | * | |

_____

Submitted: August 25, 2000
Filed:  September 7, 2000

_____

Before BOWMAN, HEANEY, and HANSEN, Circuit Judges.

_____

PER CURIAM.

The district court[1] committed Richard Perales to the Attorney General's custody, pursuant to 18 U.S.C. § 4246, finding that he was suffering from a mental disease and that his release would pose a substantial risk of bodily injury or serious property damage.  Perales appeals, challenging the sufficiency of the evidence.

_____

[1]The Honorable Russell G. Clark, United States District Judge for the Western District of Missouri, adopting the report and recommendation of the Honorable James C. England, United States Magistrate Judge for the Western District of Missouri.

We conclude that the district court's findings are not clearly erroneous, <u>see</u> <u>United States v. S.A.</u>, 129 F.3d 995, 1000 (8th Cir. 1997) (standard of review), <u>cert.</u> <u>denied</u>, 523 U.S. 1011 (1998), as they are supported by the unanimous opinion of the government's medical experts and Perales's own medical expert, <u>see</u> <u>United States v.</u> <u>Lewis</u>, 929 F.2d 440, 442 (8th Cir. 1991) (per curiam) (§ 4246 findings of mental disease and dangerousness upheld where supported by unanimous expert opinion); <u>United States v. Steil</u>, 916 F.2d 485, 488 (8th Cir. 1990) (emphasizing that "there is no medical opinion to the contrary in the record before us" in affirming § 4246 findings of mental illness and dangerousness).

Accordingly, we affirm the judgment of the district court.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.